# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonah Richardson, | No. CV-24-00921-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Tessenderlo Kerley Incorporated, | |
| Defendant. | |

Pursuant to the Joint Stipulation of Dismissal without Prejudice (Doc. 25),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, without prejudice. Each party is to bear their own costs, expenses, and attorney's fees.

Dated this 19th day of December, 2024.

Honorable Susan M. Brnovich
United States District Judge